# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frederick Edward Doll<br>aka Frederick E Doll Jr<br>Kathy Marie Doll<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-17873 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

                                                           Respectfully submitted,
                                                           **/s/ Rebecca A. Solarz, Esq**
                                                           Rebecca A Solarz, Esquire
                                                           KML Law Group, P.C.
                                                           701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106-1532
                                                          (215) 627-1322