United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17873-ref
Frederick Edward Doll                                                   Chapter 13
Kathy Marie Doll
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                  Page 1 of 2                  Date Rcvd: Jan 03, 2019
                              Form ID: 309I               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db/jdb         +Frederick Edward Doll,   Kathy Marie Doll,   2169 Washington Ave,   Northampton, PA 18067-1217
tr             +WILLIAM MILLERR,   Interim Chapter 13 Trustee,   2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14237815       +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
14237822       +First Federal Credit C,   24700 Chagrin Blvd Ste 2,   Cleveland, OH 44122-5662
14237829       #+Paypal Credit,   P.O. Box 105658,   Atlanta, GA 30348-5658
14237830       +Pennymac Loan Services,   6101 Condor Dr,   Moorpark, CA 93021-2602
14237832       +Pressler. Felt & Warshaw LLP,   7 Entin Rd,   Parsippany, NJ 07054-5020
14237833       +Sca Collections Greenv,   Po Box 876,   Greenville, NC 27835-0876
14237834       +Scwartz & Stafford PA,   8625 Crown Crescent Ct,   Suite 110,   Charlotte, NC 28227-6794
14237835        Steward Financial,   499 Old Kings Highway, Steward Financial,   Maple Shade, NJ 08052
14237839       +Tdrcs/Raymour & Flannigan,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
14237840       +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: patrick@armlawyers.com Jan 04 2019 02:37:21     PATRICK J. BEST,   ARM Lawyers,
                 18 North 8th Street,   Stroudsburg, PA  18360
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2019 02:37:46
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 04 2019 02:37:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 04 2019 02:37:49     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14237814       +EDI: CBSAMERIMARK Jan 04 2019 07:18:00     Amerimark Premier,   1112 7th Ave,
                 Monroe, WI 53566-1364
14237816       +EDI: CAPITALONE.COM Jan 04 2019 07:23:00     Capitalone,   15000 Capital One Dr,
                 Richmond, VA 23238-1119
14237817       +E-mail/Text: bankruptcy@cavps.com Jan 04 2019 02:37:56     Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
14242072       +E-mail/Text: bankruptcy@cavps.com Jan 04 2019 02:37:57     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14237818       +EDI: CRFRSTNA.COM Jan 04 2019 07:23:00     Credit First,   P.O. Box 81315,
                 Cleveland, OH 44181-0315
14237819       +EDI: RCSFNBMARIN.COM Jan 04 2019 07:23:00     Credit One Bank,   PO Box 98875,
                 Las Vegas, NV 89193-8875
14237821       +E-mail/Text: bbagley@enerbankusa.com Jan 04 2019 02:37:31     Enerbank Usa,
                 1245 E Brickyard Rd Ste,   Salt Lake City, UT 84106-2559
14237823       +EDI: CBS7AVE Jan 04 2019 07:23:00     Ginnys,   1112 7th Ave,   Monroe, WI 53566-1364
14237824       +EDI: IIC9.COM Jan 04 2019 07:23:00     I C System,   Po Box 64378,   Saint Paul, MN 55164-0378
14237825       +E-mail/Text: cs.bankruptcy@jmcbiz.com Jan 04 2019 02:38:14     Joseph Mann & Creed,
                 8948 Canyon Falls Blvd S,   Twinsburg, OH 44087-1900
14237826       +EDI: CBSKOHLS.COM Jan 04 2019 07:23:00     Kohls/Capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14237827       +EDI: MID8.COM Jan 04 2019 07:23:00     Midland Funding,   2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
14237828       +EDI: CBS7AVE Jan 04 2019 07:23:00     Montgomery Ward,   1112 7th Ave,   Monroe, WI 53566-1364
14239428       +EDI: PRA.COM Jan 04 2019 07:23:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14237831       +EDI: PRA.COM Jan 04 2019 07:23:00     Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14237836       +EDI: CBS7AVE Jan 04 2019 07:23:00     Swiss Colony,   1112 7th Ave,   Monroe, WI 53566-1364
14237837       +EDI: RMSC.COM Jan 04 2019 07:23:00     Syncb/Citgo,   4125 Windard Plaza,
                 Alpharetta, GA 30005-8738
14237838       +EDI: WTRRNBANK.COM Jan 04 2019 07:23:00     Td Bank Usa/Targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
14237841       +E-mail/Text: EBankruptcy@UCFS.NET Jan 04 2019 02:38:17     United Consumer Finl S,
                 865 Bassett Rd,   Westlake, OH 44145-1194
14237842       +EDI: USAA.COM Jan 04 2019 07:18:00     Usaa Sb,   10750 Mcdermott Frwy,
                 San Antonio, TX 78288-1600
                                                                                              TOTAL: 24

```
District/off: 0313-4           User: Lisa              Page 2 of 2              Date Rcvd: Jan 03, 2019
                               Form ID: 309I           Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14237820         David James Doll
aty*            +WILLIAM MILLER*R,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                  Reading, PA 19606-2265
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
              PATRICK J. BEST    on behalf of Debtor Frederick Edward Doll patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
              PATRICK J. BEST    on behalf of Joint Debtor Kathy Marie Doll patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                           TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Frederick Edward Doll** | Social Security number or ITIN | **xxx–xx–0204** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kathy Marie Doll** | Social Security number or ITIN | **xxx–xx–6799** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **11/30/18** | |
| Case number: | **18–17873–ref** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Frederick Edward Doll | Kathy Marie Doll |
| 2. | **All other names used in the last 8 years** | aka Frederick E Doll Jr | |
| 3. | **Address** | 2169 Washington Ave<br>Northampton, PA 18067 | 2169 Washington Ave<br>Northampton, PA 18067 |
| 4. | **Debtor's attorney**<br>Name and address | PATRICK J. BEST<br>ARM Lawyers<br>18 North 8th Street<br>Stroudsburg, PA 18360 | Contact phone 570.424.6899<br><br>Email: patrick@armlawyers.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM MILLER\*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | Contact phone 610–779–1313<br><br>Email: ecfmail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 1/3/19 |

**For more information, see page 2**

Official Form 309I                          **Notice of Chapter 13 Bankruptcy Case**                          page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 29, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/30/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/8/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/29/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $121.30 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/7/19** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |