**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    Case No. 18-17873

Doll, Frederick Edward and Doll,                          Chapter 13
Kathy Marie

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that Jennifer D. Gould, Esquire of Stark & Stark, A

Professional Corporation hereby enters her appearance on behalf of Steward Financial Services,

a creditor and party-in-interest in the above bankruptcy case, pursuant to Bankruptcy Rule

9010(b), and requests copies of all notices and pleadings filed in this case or proceedings therein,

including notices provided pursuant to Bankruptcy Rule 2002(a), (b) and (f).

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes copies of all

notices, motions, complaints, answers, applications and orders, whether formal or informal,

written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax,

telecopy or otherwise with regard to the above ease and proceedings thereon.  All such notices

and pleadings should be sent to the following at the address below:

Jennifer D. Gould, Esquire
Stark & Stark
A Professional Corporation
777 Township Line Rd., Suite 120
Yardley, PA  19067
Telephone:  (267) 907-9600
Facsimile: (267) 907-9659
E-mail: jgould@stark-stark.com

STARK & STARK, P.C.


By:  /s/ Jennifer D. Gould
       Jennifer D. Gould, Esquire
       Attorney I.D. No. 80988
       STARK & STARK, P.C.
       993 Lenox Drive, Bldg. 2
       Lawrenceville, NJ  08648-2389
       (609) 896-9060
       E-mail: jgould@stark-stark.com

Dated:  January 15, 2019       Attorneys for Steward Financial Services

4842-7117-7093, v. 1