**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Frederick E. Doll | ) | Chapter 13 |
| Kathy M. Doll | ) | |
| Debtors. | ) | Bankruptcy No. 18-17873-REF |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 5-1

Creditor, Steward Financial Services hereby withdraws Claim No. 5-1 filed on January 23, 2019.

Dated: April 9, 2019

STARK & STARK, P.C.

By: */s/ Jennifer D. Gould*
JENNIFER D. GOULD, ESQUIRE
Attorneys for Creditor, Steward Financial Services
777 Township Line Road
Suite 120
Yardley, PA 19067-5559
tel. (267)907-9600
fax (267)907-9659
E-mail: jgould@stark-stark.com