# Creditors Bankruptcy Service

15660 Dallas Parkway, Suite 300 * Dallas, Texas 75248 * 972-644-1127

May 1, 2019

Clerk
US Bankruptcy Court
400 Washington St.
Reading, PA 19601

                    Re: Doll, Frederick & Kathy
                    Bk: 18-17873
                    CBS: 1954770

Dear Sir:

Please withdraw the claim #6 we filed on behalf of TD Retail Card Services in the amount of $1,578.45 on January 23, 2019. This claim was filed in error.

We apologize for our error and appreciate your cooperation in this matter.

Yours very truly,

M. E. Bennett