Case 18-17873-ref    Doc 28    Filed 05/03/19    Entered 05/03/19 09:26:35    Desc Main
Document    Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: FREDERICK EDWARD DOLL, KATHY MARIE DOLL | : | Case No.: 18-17873-REF |
| Debtors. | : | Chapter 13 |
| FREDERICK EDWARD DOLL, KATHY MARIE DOLL | : | |
| Objectant, | : | **HEARING DATE: May 23, 2019**<br>**HEARING TIME: 9:30 a.m.**<br>**HEARING PLACE: Courtroom No. 1** |
| v. | : | **Third Floor, The Madison Building**<br>**400 Washington Street** |
| CREDITORS BANKRUPTCY SERVICE as agent for TD RETAIL CARD SERVICES | : | **Reading, PA 19601** |
| Claimant. | : | |

## WITHDRAWAL OF DEBTORS' OBJECTION TO
## CLAIM OF TD RETAIL CARD SERVICES

To the Clerk of Courts:

Kindly withdraw Debtors' Objection to Claim of TD Retail Card Services. The matter is moot as the claim has been withdrawn.

Date: May 3, 2019

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899