## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  FREDERICK EDWARD DOLL | : | Bankruptcy No.: 18-17873-ref |
| KATHY MARIE DOLL | : | |
| | : | |
| Debtors. | : | CHAPTER 13 |

## ADDENDUM TO DEBTOR'S SECOND AMENDED PLAN

AND NOW comes the Debtors, Frederick Edward Doll and Kathy Marie Doll, by and through their attorney, Patrick J. Best, Esquire, of ARM Lawyers who hereby submits this Addendum to the Debtors' proposed First Amended Chapter 13 Plan.

1. On May 6, 2019, the Debtors filed their First Amended Chapter 13 Plan with this Honorable Court.

2. The "None" check box in section 4(c) was inadvertently not checked. The "None" box should have been checked, indicating the Debtors' had no allowed secured claims that needed to be paid in full.

3. The undersigned respectfully submits this Addendum in order to have their First Amended Chapter 13 Plan confirmed by this Honorable Court.

Date: July 30, 2019                                                        /s/ Patrick J. Best
                                                                                        ARM Lawyers
                                                                                        18 N. 8th St.
                                                                                        Stroudsburg PA 18360
                                                                                        Attorney for Debtor