# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Frederick Edward Doll | : | Bankruptcy No.: 18-17873-elf |
| Kathy Marie Doll | : | |
| | : | |
| Debtors. | : | CHAPTER 13 |

## ORDER

AND NOW, based on the Fee Application of Debtors' Counsel, it is hereby **ORDERED** that the Application is **GRANTED**.  Compensation of $4,000.00 and reimbursement of expenses of  $51.00 are **ALLOWED**, $600.00 of which was previously paid leaving $3,451.00 to be distributed to Debtor's Counsel  to the extent provided for in the confirmed plan.

Date:  8/28/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**