United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-17873-elf
Frederick Edward Doll                                                  Chapter 13
Kathy Marie Doll
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: PaulP             Page 1 of 1         Date Rcvd: Aug 29, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db/jdb          +Frederick Edward Doll,    Kathy Marie Doll,    2169 Washington Ave,    Northampton, PA 18067-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
      JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
       mdepietro@stark-stark.com;lsciscio@stark-stark.com
      PATRICK J. BEST    on behalf of Debtor Frederick Edward Doll patrick@armlawyers.com,
       kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com
      PATRICK J. BEST    on behalf of Joint Debtor Kathy Marie Doll patrick@armlawyers.com,
       kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ecfmail@readingch13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                                                   TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Frederick Edward Doll | : | Bankruptcy No.: 18-17873-elf |
| Kathy Marie Doll | : | |
| | : | |
| Debtors. | : | CHAPTER 13 |

## ORDER

AND NOW, based on the Fee Application of Debtors' Counsel, it is hereby **ORDERED** that the Application is **GRANTED**. Compensation of $4,000.00 and reimbursement of expenses of $51.00 are **ALLOWED**, $600.00 of which was previously paid leaving $3,451.00 to be distributed to Debtor's Counsel to the extent provided for in the confirmed plan.

Date: 8/28/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE