United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frederick Edward Doll  
Kathy Marie Doll  
    Debtors

Case No. 18-17873-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Antoinett    Page 1 of 1    Date Rcvd: Feb 27, 2020  
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.  
14254343      +EnerBank USA,    1245 East Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

     JENNIFER D. GOULD    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com  
     PATRICK J. BEST    on behalf of Debtor Frederick Edward Doll patrick@armlawyers.com, kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com  
     PATRICK J. BEST    on behalf of Joint Debtor Kathy Marie Doll patrick@armlawyers.com, kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
     ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM MILLER\*R    on behalf of Trustee WILLIAM MILLER\*R ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                           TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-17873-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Frederick Edward Doll
2169 Washington Ave
Northampton PA 18067

Kathy Marie Doll
2169 Washington Ave
Northampton PA 18067

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/26/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: EnerBank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/29/20

Tim McGrath
**CLERK OF THE COURT**