| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-17873-PMM

FREDERICK EDWARD  DOLL
KATHY MARIE  DOLL
2169 WASHINGTON AVE
NORTHAMPTON  PA    18067

Petition Filed Date: 11/30/2018
341 Hearing Date: 01/29/2019
Confirmation Date: 08/01/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $121.30 | | 06/03/2019 | $221.40 | Monthly Plan P | 07/08/2019 | $221.40 | Monthly Plan P |
| 08/01/2019 | $221.40 | Monthly Plan P | 09/03/2019 | $221.40 | Monthly Plan P | 10/03/2019 | $221.40 | |
| 11/12/2019 | $221.40 | | 12/09/2019 | $221.40 | | 01/03/2020 | $221.40 | |
| 02/03/2020 | $221.40 | | 03/09/2020 | $221.40 | | 04/13/2020 | $221.40 | |
| 04/27/2020 | $221.40 | | 06/03/2020 | $221.40 | | 07/02/2020 | $221.40 | |
| 08/03/2020 | $221.40 | | | | | | | |

**Total Receipts for the Period:  $3,442.30    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,563.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $1,950.49 | $0.00 | $1,950.49 |
| 3 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 003 | Unsecured Creditors | $889.11 | $0.00 | $889.11 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $820.91 | $0.00 | $820.91 |
| 14 | CREDIT FIRST NA<br>»» 014 | Unsecured Creditors | $2,022.83 | $0.00 | $2,022.83 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $7,325.30 | $0.00 | $7,325.30 |
| 11 | FIGI COMPANIES INC<br>»» 011 | Unsecured Creditors | $159.95 | $0.00 | $159.95 |
| 12 | GINNYS<br>»» 012 | Unsecured Creditors | $285.85 | $0.00 | $285.85 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $4,880.06 | $0.00 | $4,880.06 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $2,821.21 | $0.00 | $2,821.21 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 016 | Unsecured Creditors | $1,214.57 | $0.00 | $1,214.57 |
| 9 | MONTGOMERY WARD<br>»» 009 | Unsecured Creditors | $394.37 | $0.00 | $394.37 |
| 18 | PENNYMAC  LOAN SERVICES LLC<br>»» 18A | Mortgage Arrears | $3,269.54 | $0.00 | $3,269.54 |
| 18 | PENNYMAC  LOAN SERVICES LLC<br>»» 18B | Mortgage Arrears | $4,331.25 | $0.00 | $4,331.25 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,073.76 | $0.00 | $1,073.76 |

| | | | | | |
|---|---|---|---|---|---|
| 5 | STEWARD FINANCIAL SERVICES<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | STONEBERRY<br>»» 010 | Unsecured Creditors | $586.30 | $0.00 | $586.30 |
| 13 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $593.99 | $0.00 | $593.99 |
| 17 | TD BANK USA NA<br>»» 017 | Unsecured Creditors | $318.53 | $0.00 | $318.53 |
| 6 | TD RETAIL CREDIT SERVICES<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PATRICK J BEST, ESQ.<br>»» 019 | Attorney Fees | $3,451.00 | $3,031.08 | $419.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $3,563.60 | | Current Monthly Payment: | $221.04 |
| Paid to Claims: | $3,031.08 | | Arrearages: | ($5.40) |
| Paid to Trustee: | $333.26 | | Total Plan Base: | $12,399.80 |
| Funds on Hand: | $199.26 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.