Certificate Number: 15111-PAE-DE-037012783

Bankruptcy Case Number: 18-17873



15111-PAE-DE-037012783

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2022, at 1:38 o'clock PM EST, Frederick Edward Doll completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 1, 2022

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education