Certificate Number: 15111-PAE-DE-037012785

Bankruptcy Case Number: 18-17873



15111-PAE-DE-037012785

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2022</u>, at <u>1:38</u> o'clock <u>PM EST</u>, <u>Kathy Marie Doll</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   December 1, 2022             By:   /s/Hasan Bilal for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education