United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-17873-pmm

Frederick Edward Doll  Chapter 13

Kathy Marie Doll

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Dec 20, 2022     Form ID: 138OBJ     Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick Edward Doll, Kathy Marie Doll, 2169 Washington Ave, Northampton, PA 18067-1217 |
| 14237835 | | Steward Financial, 499 Old Kings Highway, Steward Financial, Maple Shade, NJ 08052 |
| 14261884 | + | Steward Financial Services, c/o Stark & Stark, P.C., 993 Lenox Drive, Lawrenceville, NJ 08648, Attention: Jennifer D. Gould, Esquire 08648-2316 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 21 2022 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2022 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14237815 | | Email/Text: collectors@arresourcesinc.com | Dec 21 2022 00:08:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14237814 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2022 00:08:00 | Amerimark Premier, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14254809 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2022 00:15:04 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14256963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2022 00:15:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14237816 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2022 00:15:03 | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14237817 | + | Email/Text: bankruptcy@cavps.com | Dec 21 2022 00:08:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14242072 | + | Email/Text: bankruptcy@cavps.com | Dec 21 2022 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14237818 | + | Email/Text: BKPT@cfna.com | Dec 21 2022 00:08:00 | Credit First, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 14269073 | | Email/Text: BKPT@cfna.com | Dec 21 2022 00:08:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14237819 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2022 00:14:57 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14254343 | + | Email/Text: bbagley@enerbankusa.com | Dec 21 2022 00:08:00 | EnerBank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |

Case 18-17873-pmm    Doc 58    Filed 12/22/22    Entered 12/23/22 00:34:06    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 48 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14237821 | + | Email/Text: bbagley@enerbankusa.com | Dec 21 2022 00:08:00 | Enerbank Usa, 1245 E Brickyard Rd Ste, Salt Lake City, UT 84106-2562 |
| 14237822 | | Email/Text: jill@ffcc.com | Dec 21 2022 00:08:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14265372 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2022 00:08:00 | Figi's Companies Inc, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14268317 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2022 00:08:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14237823 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2022 00:08:00 | Ginnys, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14237824 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 21 2022 00:08:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14473508 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 21 2022 00:08:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14237825 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Dec 21 2022 00:08:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd S, Twinsburg, OH 44087-1900 |
| 14288096 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 00:15:05 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14237826 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2022 00:08:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14262359 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 00:08:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14237827 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 00:08:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14237828 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2022 00:08:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14265371 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2022 00:08:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14269234 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 00:15:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14239428 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2022 00:14:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14237832 | | Email/Text: signed.order@pfwattorneys.com | Dec 21 2022 00:08:00 | Pressler. Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 14237829 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 00:14:57 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14271152 | + | Email/PDF: ebnotices@pnmac.com | Dec 21 2022 00:14:58 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14237830 | + | Email/PDF: ebnotices@pnmac.com | Dec 21 2022 00:15:05 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14237831 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 00:15:01 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14237833 | + | Email/Text: info@scacollections.com | Dec 21 2022 00:08:00 | Sca Collections Greenv, Po Box 876, Greenville, NC 27835-0876 |
| 14265373 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2022 00:08:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14237836 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2022 00:08:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14237837 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2022 00:14:57 | Syncb/Citgo, 4125 Windard Plaza, Alpharetta, GA 30005-8738 |
| 14268806 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 18-17873-pmm   Doc 58   Filed 12/22/22   Entered 12/23/22 00:34:06   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 21 2022 00:14:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14271047 | + | Email/Text: bncmail@w-legal.com | Dec 21 2022 00:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14262011 | + | Email/Text: tdebn@credbankserv.com | Dec 21 2022 00:08:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14237838 | + | Email/Text: bncmail@w-legal.com | Dec 21 2022 00:08:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14237840 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 21 2022 00:15:01 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14237841 | + | Email/Text: EBankruptcy@UCFS.NET | Dec 21 2022 00:08:00 | United Consumer Finl S, 865 Bassett Rd, Westlake, OH 44145-1194 |
| 14237842 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 21 2022 00:08:00 | Usaa Sb, 10750 Mcdermott Frwy, San Antonio, TX 78288-1600 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14237820 | | David James Doll |
| 14237834 | ##+ | Scwartz & Stafford PA, 8625 Crown Crescent Ct, Suite 110, Charlotte, NC 28227-6794 |
| 14237839 | ##+ | Tdrcs/Raymour & Flannigan, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JENNIFER D. GOULD | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com;lsciscio@stark-stark.com |
| PATRICK J. BEST | on behalf of Debtor Frederick Edward Doll patrick@armlawyers.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 48 |

kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com

PATRICK J. BEST
   on behalf of Joint Debtor Kathy Marie Doll patrick@armlawyers.com
   kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Frederick Edward Doll and Kathy Marie Doll

    Debtor(s)

Case No: 18−17873−pmm

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/20/22

57 − 54
Form 138OBJ