*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

Frederick Edward Doll and Kathy Marie Doll                  : Case No. 18–17873–pmm
      Debtor(s)

***ORDER***
_____

AND NOW, this day , March 13, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

      By The Court

      Patricia M. Mayer
      Judge , United States Bankruptcy Court